**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**IN THE MATTER OF:**
Brett Allen Elam                                     **CASE NO.: 22-10871-MAM**
                                                      **Chapter 13**
_____**Debtor**___/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Rachamin Cohen, Esq. of COHEN LEGAL SERVICES, PA will represent the interests of creditor A.R.C. Financial Group Inc.

The undersigned requests that the name shown below be placed on the mailing matrix in accordance with Rule 2002 of the Bankruptcy Rules and that all Notices in this matter be served upon counsel for A.R.C. Financial Group Inc.

Cohen Legal Services, PA
Rachamin Cohen
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Rocky@lawcls.com

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Submitted by:

/s/ Rachamin Cohen
Rachamin "Rocky" Cohen, Esq.
Attorney for Secured Creditor
Florida Bar No. 96305
Cohen Legal Services, PA
101 NE Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Telephone: 305-570-2326
Email: Rocky@lawcls.com.com