UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

BRETT ALLEN ELAM,

       Debtor,                           Case No. 22-10871-MAM

_____/

## **EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

COMES NOW Jeffrey M. Siskind, Esq. ("Counsel") and files this Expedited Motion to Withdraw as Counsel for Debtor, and states:

1. This matter is a Chapter 13 bankruptcy case that was filed on February 2nd, 2022.

2. Irreconcilable differences have arisen between Counsel and the Debtor which requires Counsel to seek to withdraw from this representation.

3. A copy of this motion is being provided to the Debtor as of the filing hereof, both by email and U.S. Mail.

4. Expedited resolution is requested to permit the Debtor to find replacement counsel or to proceed pro se.

WHEREFORE, Counsel requests that the Court permit Counsel to withdraw, and for such other and further relief as appropriate.

Respectfully submitted this 4th day of February, 2022.

**SISKIND LEGAL, PLLC**
ATTORNEYS & CONSULTANTS

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.  FBN 138746
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
Email:  jeffsiskind@msn.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing Expedited Motion to Withdraw as Counsel for Debtor was noticed via CM/ECF to the following parties or their counsel:

Rachamin Cohen on behalf of Creditor A.R.C. Financial Group Inc.
Rocky@lawcls.com, alex@lawcls.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner, Chapter 13 Trustee
ecf@ch13weiner.com, ecf2@ch13weiner.com

Debtor by email to brettelam11@gmail.com

Service will also be made by hand delivery and U.S. Mail to:

**Brett Allen Elam**
313 Wildermere Road
West Palm Beach, FL 33401


**SISKIND LEGAL, PLLC**

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.   FBN 13874