UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO. 22-10871-MAM

BRETT ALLEN ELAM,                                CHAPTER 13

      Debtor.

_____/

### DEBTOR'S, BRETT ALLEN ELAM, CERTIFICATION PURSUANT TO 11 U.S.C. § 362(L)(1) & (2)

      The Debtor, Brett Allen Elam, hereby certifies under the penalty of perjury, pursuant to 11 U.S.C. § 362(l)(1), that the rent coming due in the thirty (30) days after the Petition Date has been deposited with the Clerk of the U.S. Bankruptcy Court for the Southern District of Florida. Further, pursuant to 11 U.S.C. § 362(l)(2), the Debtor, Brett Allen Elam, certifies under the penalty of perjury he has cured, the entire monetary default that gave rise to the judgment under which possession is sought by the A.R.C. Financial Group, Inc.

      I hereby certify under the penalty of perjury the foregoing statements are true and accurate.

      /s/ Brett Allen Elam        .

      Brett Allen Elam

**S I S K I N D   L E G A L, P L L C**

_____/s/ Jeffrey M. Siskind_____

Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW  Washington, DC  20006

113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301

3465 Santa Barbara Drive  Wellington, Florida  33414

TELEPHONE (561) 791-9565  FACSIMILE  (561) 791-9581

Emails:   jeffsiskind@msn.com &  jeffsiskind@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of this Notice was furnished on the 9th day of February, 2022, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and/or by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system, including the Debtor.

                                        _____/s/ Jeffrey M. Siskind_____
                                        Jeffrey M. Siskind, Esq.   FBN 138746

## **SERVICE LIST**

Case Number: 22-10871-MAM

Electronically to:

Office of the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin Weiner, Chapter 13 Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

ARC Financial Group, Inc.
Rocky@lawcls.com


By U.S. Mail to:

Brett Allen Elam
313 Wildermere Road
West Palm Beach, FL  33401